# United States District Court for the Northern District of Illinois

Case Number: **08 C 50091**  Assigned/Issued By: _____

---

## FEE INFORMATION

**Amount Due:** ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Paid: _____   Fiscal Clerk: _____

**FILED**
JUN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## ISSUANCES

**Type Of Issuance:**
☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
*(Type of Writ)*

5 Original and 10 copies on 6-2-08 (Date) as to City of Rockford, Officer Basile, Officer Grover, Officer Gallagher, Officer Tapia

C:\wpwin80\docket\fecinfo.frm  01/01