*United States District Court for the Northern District of Illinois*

Case Number: __08 C 50091__    Assigned/IssuedBy: __[signature]__

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

**FILED JUN 0 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## ISSUANCES

*Type Of Issuance:*
☒ Summons
☐ Alias Summons
☐ Third Party Summons
☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

Original and __1__ copies on __6-2-08__ as to __Officer Matthews__
                                (Date)

C:\wpwin80\docket\feeinfo.frm   01/01