UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ERIC J. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 C 50091 |
| ) | |
| THE CITY OF ROCKFORD, a municipal ) | |
| Corporation, OFFICER ROSEMARY MATHEWS, ) | |
| individually, OFFICER DANIEL BASILE, ) | |
| individually, OFFICER JOSHUA GROVER, ) | |
| individually, OFFICER PAUL GALLAGHER, ) | |
| individually, and OFFICER JUAN TAPIA, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' ANSWER TO COMPLAINT**

NOW COME the Defendants, CITY OF ROCKFORD, a municipal corporation, OFFICER ROSEMARY MATHEWS, individually, OFFICER DANIEL BASILE, individually, OFFICER JOSHUA GROVER, individually, OFFICER PAUL GALLAGHER, individually, and OFFICER JUAN TAPIA, individually, by and through their attorneys, City of Rockford Department of Law, Patrick W. Hayes, Legal Director, and Angela L. Hammer, Assistant City Attorney, and for their Answer to Complaint state as follows:

1.　The Defendants neither admit nor deny the allegations contained in paragraph 1 of Plaintiff's Complaint, but demand strict proof thereof.

2.　The Defendants admit the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. The Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. The Defendants neither admit nor deny the allegations contained in paragraph 4 of Plaintiff's Complaint, but demand strict proof thereof.

5. The Defendants admit the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. The Defendants neither admit nor deny the allegations contained in paragraph 6 of Plaintiff's Complaint, but demand strict proof thereof.

7. The Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. The Defendants deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. The Defendants neither admit nor deny the allegations contained in paragraph 9 of Plaintiff's Complaint, but demand strict proof thereof.

10. The Defendants admit the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. The Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. The Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. The Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. The Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

Dated: August 5, 2008                City of Rockford Department of Law


                                     By:  /s/ Angela L. Hammer_____




City of Rockford Department of Law
425 E. State Street
Rockford, Illinois 61104
(815) 987-5540