

December 22, 2010

Attorney Angela L. Hammer
City of Rockford Department of Law
425 West State Street
Seventh Floor
Rockford, IL 61104

Re: Case: Scott vs. City of Rockford, et al.
    Case No: 08 C 50091
    Deposition of Officer Dan Basile
    Taken on November 29, 2010

*DEC 22 2010*
*CITY O...*
*LEGAL D...*

Dear Ms. Hammer:

At the time of the above-mentioned deposition you offered to handle reading and signing of the transcript. Attached to this letter please find the correction sheet and duplicate signature page to supply to the witness. (If there are no corrections, please have the witness initial the bottom of the correction sheet.)

Please return the signed and dated signature page along with the correction sheet, retaining copies for your file, and we will forward them on to counsel of record. If you would prefer to forward them on yourself, please do so.

If this process is not completed within 28 days of receipt of transcript, signature will be deemed waived.

Sincerely,

Robin L. Winters
Secretary

Attachments

cc: Attorney Rene Hernandez - (w/o attachments)

ELITE REPORTING SERVICES, LTD.
4320 SPRING CREEK ROAD, SECOND FLOOR
ROCKFORD, ILLINOIS 61107
P: 815.229.8787
F: 815.229.8737

Located in the "White House"
NW corner Spring Creek & Alpine
est. 1994

CORRECTION SHEET

Instructions:

Please note below any corrections you deem necessary from your testimony with The corresponding page and line number. Please initial the bottom of this page if you are not making any corrections. In addition, it is important that you sign and date the attached signature page.

| Page | Line | Correction |
|------|------|------------|
|      |      |            |

_____ Initial here if NO CORRECTIONS are noted.

Elite Reporting Services, Ltd.
4320 Spring Creek Road, Second Floor
Rockford, Illinois 61107

Phone: 815.229.8787
Fax: 815.229.8737

1    **SIGNATURE PAGE**

2

3        I, Officer Dan Basile, hereby certify that I have

4    read the transcript of my sworn testimony given at the time

5    and place aforesaid, consisting of Pages 1 through 34,

6    inclusive.  With the exception of any and all corrections

7    or changes listed on a supplemental page, to the best of my

8    knowledge and belief, said testimony is true and accurate.

9

10

11   RE:   Scott vs. The City of Rockford, et al.
           Case No. 08 C 50091
12         Deposition taken on November 29, 2010

13

14

15   _____

16            Signature

17

18

19   _____

20            Date

21

22

23

24

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3       WESTERN DIVISION

4         **Original**

5 ERIC J. SCOTT,       )

6       Plaintiff,  )

7           ) NO. 08 C 50091

8     -vs-     )

9 THE CITY OF ROCKFORD, a  )
Municipal Corporation,   )

10 OFFICER ROSEMARY MATHEWS, Individually,)
OFFICER DANIEL BASILE, Individually, )

11 OFFICER JOSHUA GROVER, Individually, )
OFFICER PAUL GALLAGHER, Individually, )

12 OFFICER JUAN TAPIA, Individually, ) DEPOSITION OF
           ) **OFFICER DAN BASILE**

13     Defendants. )

14

15

16    The deposition of Officer Dan Basile, called as a

17 witness on behalf of the plaintiff in the above-entitled

18 action, taken before Amy R. Campos, Certified Shorthand

19 Reporter and Registered Professional Reporter, at City

20 of Rockford Department of Law, 325 East State Street,

21 Seventh Floor, Rockford, Illinois, on November 29, 2010,

22 at 3:30 p.m.

23

24

1  **APPEARANCES:**

2

3          **ATTORNEY RENE HERNANDEZ**
           1625 East State Street
4          Rockford, Illinois  61104
           Phone:  815.387.0261
5          email:  rensone@aol.com

6              appeared on behalf of the plaintiff;

7

8

           CITY OF ROCKFORD DEPARTMENT OF LAW
9          By **ATTORNEY ANGELA L. HAMMER**
           425 East State Street
10         Seventh Floor
           Rockford, Illinois  61101
11         Phone:  815.987.5540
           email:  angela.hammer@rockfordil.gov

12
               appeared on behalf of the defendants.
13

14

15

16

17

18

19

20

21

22

23

24

**I N D E X**

**EXAMINATION OF: OFFICER DAN BASILE**

By Mr. Hernandez .................................. 4

**E X H I B I T S**

(No exhibits were marked.)

Signature Page .................................. 33

Reporter Certificate .............................. 34

1    OFFICER DAN BASILE,

2    having been duly sworn, was examined and testified as

3    follows:

4    EXAMINATION

5    BY MR. HERNANDEZ:

6    Q.    State your name and spell your last name for the

7    record, please.

8    A.    Dan Basile, B-a-s-i-l-e.

9    MR. HERNANDEZ:  Officer Basile, my name is

10   Rene Hernandez.  I'm going to be asking you a series of

11   questions today.  If at any time you do not understand me,

12   I'm going to ask you to do one of two things.  Either, one,

13   ask me to restate the question or, two, ask me to rephrase

14   the question.  Are we okay?

15   THE WITNESS:  Uh-huh.

16   MR. HERNANDEZ:  There's also some guidelines to

17   the taking of a deposition.  You can give whatever answer

18   you feel is appropriate, but it must be done in a verbal

19   form.  Nods of the head or inflections of your voice do not

20   translate into the record.  So whatever your answer is, it

21   needs to be done in a verbal manner.  Are we all right with

22   that?

23   THE WITNESS:  Yes.

24   MR. HERNANDEZ:  The third point is that if you

1    feel that we need a break -- or if you feel like you need a

2    break, please advise your counsel and we'll take a break.

3    I don't believe we're going to be here that long; but in

4    the event you do, just let us know.

5              THE WITNESS:  Okay.

6              MR. HERNANDEZ:  Finally, this deposition is taken

7    pursuant to notice and pursuant to the agreement of the

8    parties and by the applicable Federal Rules of Civil

9    Procedure.

10   BY MR. HERNANDEZ:

11        Q.    Officer Basile, can you state who is your

12   employer?

13        A.    Rockford City Police Department.

14        Q.    How long have you been so employed?

15        A.    Just over ten years.

16        Q.    And when did you graduate from the Academy?

17        A.    March of 2000.

18        Q.    As part of your curriculum, were you taught

19   techniques in the apprehension of individuals?

20        A.    Yes.

21        Q.    Does that technique include the use of force?

22        A.    Yes.

23        Q.    Is that a sliding scale?

24        A.    What do you mean?

1        Q.   Well, is it a progressive scale in the use of

2  force depending on the nature of the situation?

3        A.   Yes.

4        Q.   You would agree there's verbal intervention?

5        A.   Yes.

6        Q.   And there's the next step, which would be actual

7  physical intervention of some kind?

8        A.   Yes.

9        Q.   And then there are such things as tactical tools

10  such as a taser or maybe even a -- I keep forgetting the

11  name of that metal device.  Maybe you're familiar with it?

12  It's an extended wand.

13        A.   Baton, an asp.

14        Q.   -- asp, that's it, in which those would be

15  utilized.

16        So it's a progressive use of force depending on

17  the nature of the potential suspect?

18        A.   Yes.

19        Q.   And you were trained at the Academy on all these

20  uses of force?

21        A.   Yes.

22        Q.   To include the use of deadly force?

23        A.   Yes.

24        Q.   Now, on May 25, 2007, were you carrying a taser

1   this date?

2      A.   I don't recall if I was.  I don't -- because

3   we've had them, they've been taken away, so I don't recall

4   whether or not I had one that date.

5      Q.   Do you know whether or not you were carrying an

6   asp?

7      A.   Yes, I was.

8      Q.   Were you carrying any additional police tools as

9   previously mentioned, such as maybe even the spray, the

10   pepper spray?

11      A.   Yes.

12      Q.   Pepper spray, that's part of your arsenal?

13      A.   Yes.

14      Q.   And you were also trained in that usage?

15      A.   Yes.

16      Q.   All right.  Now, you graduated the academy in

17   March of 2000.  Do you recall who your field training

18   officers were?

19      A.   Yes.

20      Q.   Who were they?

21      A.   Mark West -- he's a lieutenant now -- Al

22   Semenchuk, Mark Jacobi and Mike Dalke.

23      Q.   Do you have a recollection of having any

24   additional training in the use of force in the month -- or

1    the year of 2007?

2        A.   No, I don't.  I mean, periodically we would have

3    training, refresher training in, you know, the use of

4    force, other techniques.

5        Q.   Various subjects.  But I'm trying to get you to

6    recall if you remember anything occurring in 2007

7    specifically.

8        A.   No.

9        Q.   Nothing comes to mind as to the use of the asp or

10   maybe the use of pepper spray or anything like that?

11       A.   No.

12       Q.   On May 25, 2007, were you working for the

13   Rockford Police Department?

14       A.   Yes.

15       Q.   And do you recall what shift you were working?

16       A.   Night shift.

17       Q.   When is that, from when to when?

18       A.   We work from 9:00 to -- oh, wait, no.  I was

19   working -- we got off at -- I think 7 to 5.

20       Q.   7 p.m. to 5 a.m.?

21       A.   Yes.

22       Q.   And where were you assigned?

23       A.   The M3 Streets Team.

24       Q.   And you're going to have to help me out.  What is

1    the M3 Streets Team?

2        A.    It was a combination that -- the administration

3    combined the Tac Team, bikes, RHA, combined them all into

4    one.  Prior to the M3 Streets Team, I was on the Tactical

5    Team.

6        Q.    But on this date, on 5/25/07, you were on the M3

7    Streets Team?

8        A.    Correct.

9        Q.    And you said it was a combination -- it was a Tac

10   Team, bikes and RHA.  Anything else?  Any other department

11   or unit?

12       A.    No.

13       Q.    Now, what was the purpose of this M3 Streets

14   Team?

15       A.    We were plain clothesed, low-profile and it

16   was -- we specifically patrolled hot spots of the city.

17       Q.    Who decides what's a hot spot?

18       A.    The administration.

19       Q.    And once you go to a hot spot, what is your

20   purpose there?

21       A.    Basically make traffic stops, look for potential

22   criminal activity.

23       Q.    Anything else?

24       A.    Back up officers.

1  Q.   Back up the regularly-assigned officers?

2  A.   Correct.

3  Q.   And the M3 Streets Team, how many people were

4  assigned to that unit or division, if you will?

5  A.   I believe at that time there was eight.

6  Q.   And on May 25, 2007, what was the hot spot that

7  you were assigned to?

8  A.   I don't recall.  It was mainly the downtown area,

9  Broadway, Seventh Street, maybe -- I think we were

10  patrolling the east side that day.

11  Q.   I guess I'm trying to get a better feel for this.

12  You indicated to me mainly downtown area,

13  Broadway, Seventh Street; then you said -- I'm sorry -- the

14  east side.  The east side is pretty big.  Were you assigned

15  to just anywhere on the east side or did you have a

16  specific location?

17  A.   Well, no.  You know, on the weekends we would

18  patrol the bars, assist in -- you know, if there were bar

19  fights.  And then -- specifically -- at times we'd go down

20  to 11th Street, Harrison area to curb prostitution.  So it

21  was generally -- you know, he either tells us to go east or

22  go west.  On that particular day we were all east.

23  Q.   And this was in conjunction with the normal

24  patrol officers who are normally assigned to a given area?

1     A.   Correct.

2     Q.   So you're basically, I guess, for lack of a

3  better term, backup for the patrol officers who were

4  regularly assigned to a particular area?

5     A.   Correct.

6     Q.   On this day, on 5/25/2007, at or about 2:00 in

7  the morning, do you remember where you were?

8     A.   Yes.

9     Q.   Where were you?

10     A.   I was driving on East State Street in about the

11  4000 block.

12     Q.   4000 block?

13     A.   Yes.

14     Q.   What would be a main street located by the 4000

15  block?

16     A.   Just east of Alpine.  Alpine and East State.

17     Q.   Alpine.  Were you heading east or west?

18     A.   East.

19     Q.   So you were eastbound on State.  Who are you

20  with?

21     A.   Officer Tapia.

22     Q.   He's also on the M3 squad?

23     A.   Yes.

24     Q.   And what are you doing?

1    A.    We're actually driving out to a restaurant around

2    that time.   It was our last night.   We were going to get

3    breakfast.

4    Q.    Do you recall where you were heading?

5    A.    I believe we were going to go to Perkins.

6    Q.    And when you say it was your last night, it was

7    your last night together with Officer Tapia or your last

8    night being assigned to the M3 Street Unit?

9    A.    No.   It was our last night before we went onto

10   days off.

11   Q.    Okay.   So what happens at or about this time?

12   A.    As I'm driving down past Shooters, a vehicle --

13   it was a Kia -- driven by Scott pulled out in front of me

14   coming out from a driveway, almost collided with him --

15   Q.    Which lane are you in?

16   A.    I'm in the right lane.

17   Q.    Right lane?

18   A.    Yes.

19   Q.    And where is Scott coming from?

20   A.    He's coming from the driveway of 4000 East State,

21   which is Shooters.

22   Q.    So he pulls out.   In which lane does he pull

23   into?

24   A.    He actually straddles both the left and the right

1    lane as he's speeding off after he cut me off.

2        Q.    You say he cut you off.  What do you mean by

3    that?

4        A.    As I'm approaching that drive, he just doesn't

5    stop; he just comes right out of the driveway.  I had to

6    apply my brakes to avoid from hitting him, and he just

7    continued eastbound on State Street.

8        Q.    He's on East State?

9        A.    Yes.

10       Q.    All right.  So tell me what -- what do you do now

11   after -- you've just been cut off, this car just pulled in

12   front of you.  What happens next?

13       A.    I proceed to follow him.  When we approach

14   Alpine, I mean, he's still straddling the lanes.  He's not

15   getting in either lane.  Then he pulls way over into the

16   left turn lane at Alpine and State.

17       Q.    Okay.  What happens now?

18       A.    There's other cars -- there's a car in front of

19   him.  I pull up right next to him.  My only intention was

20   to, you know, let him know, hey, you know, why are you

21   driving recklessly, you know, I almost hit you.

22            So I kind of like waved at him.  He looks at me

23   and he puts his hand up and manipulates his hand in the

24   form of a pitchfork, which is a gang hand signal.

1       Q.   Can you show me what this hand manipulation looks

2  like?

3       A.   Like this (indicating).

4       Q.   So it's a thumb, a forefinger and the middle

5  finger?

6       A.   Yes.

7       Q.   And I'm not -- I guess I'm kind of confused as to

8  what it is.

9       A.   It's supposed to be a pitchfork.

10      Q.   It's supposed to be a pitchfork?

11      A.   Yes.

12      Q.   Okay.  And he's looking at you and makes this

13 hand gesture towards you?

14      A.   Yes.  You know, I kind of assumed that he didn't

15 believe that I was a police officer because I was in an

16 unmarked -- a black unmarked squad car.  You can basically

17 see my upper chest area.  I'm wearing a black -- or,

18 actually, I'm wearing my raid jacket, which is blue.

19 Underneath my raid jacket I have a -- it was a black outer

20 vest --

21      Q.   Let me stop you right there.  What are the

22 weather conditions like on this day?  Or early morning, I

23 should say.

24      A.   You know, I don't recall.  I mean, it wasn't

1    overly cold and it wasn't overly hot.

2         Q.    Okay.  Well, was it clear?  It wasn't raining?

3         A.    Right.

4         Q.    Okay.  Go ahead, tell me what happens next.

5         A.    So I assumed that he didn't think I was a police

6    officer, so I actually -- I activated my squad car's lights

7    because the light was still red.  Activated my squad car

8    lights, he looked at me, I get out of the car, and I go up

9    to the passenger's side of his car and motioned for him to

10   roll down his window --

11        Q.    Let me stop you right there.  You activate your

12   car lights.  Where is your car in relationship to Scott's

13   car?

14        A.    I'm in the right lane.  There's nobody in the

15   left lane directly -- so I can see him directly across from

16   me.

17        Q.    So this is a three-lane with the turn lane?

18        A.    Well, it's a two-lane with a turn lane.

19        Q.    Fair enough.  And you're in the right lane.  Are

20   you at the light?

21        A.    Yes.

22        Q.    Okay.  Go ahead.  You activated the lights, and

23   you got out of your vehicle?

24        A.    Correct.

1      Q.    What happens next?

2      A.    I approached the car.  I actually pulled my badge

3  out because I have a badge hanging from my neck.  Showed

4  him the badge, motioned for him to roll the window down,

5  and he proceeded to leave at a high rate of speed going

6  around the other car and then going through the light, and

7  he turned northbound onto Alpine from State.

8      Q.    What were the traffic conditions like?

9      A.    Moderate.  I mean, there was -- at that time I

10  don't think there was any cars going, you know . . .

11      Q.    Southbound or northbound?

12      A.    -- south and north.

13      Q.    On Alpine?

14      A.    Correct.  But, you know, the traffic was, you

15  know, probably about three or four cars deep, because

16  Officer Aldridge and Grover were the first ones at the

17  light.  They were waiting for the light to turn, so there

18  was Officer Grover --

19      Q.    Let me ask that.  Where were they located

20  specifically, Officer Grover and Aldridge?

21      A.    They were in the right lane right -- the first

22  one at the light.  There was a car --

23      Q.    Which direction were they headed?

24      A.    They were going east, because I was actually

1    following them.

2        Q.   They were in front of you?

3        A.   Correct.

4        Q.   Officer Grover and Aldridge in front of you.

5    What happens next?

6        A.   Well, as Scott, you know, fled, squealing his

7    tires, went through the light, turned north onto Alpine,

8    then -- then I saw Officer Grover and Officer Aldridge's

9    vehicle.  They activated their squad lights and went after

10   Scott.

11       Now, I don't know if -- I'm assuming they didn't

12   know that, you know, I had the confrontation with him.

13   They just -- you know, I'm assuming that they just saw that

14   he just violated the traffic signal and took off after him.

15       Scott then turned; he failed to stop.  I just got

16   through the intersection because I had -- it was still red.

17   I had to wait for traffic that was going by.  I saw -- I

18   actually didn't see Scott turn, but I saw Aldridge and

19   Grover turn eastbound onto Raven.

20       When I got to Raven, Grover and Aldridge -- or

21   Grover had him on the ground in a head-pin; and Aldridge

22   was trying to, you know, control him.  Scott was

23   struggling.  And that's when I came up.

24       Q.   So by the time you got there -- you were driving

1    your unmarked car, you quickly proceeded down Raven.  How

2    much time had elapsed from the point where you saw the

3    police car make a right-hand turn to the point where you

4    were able to catch up and actually get to the location

5    where the vehicle was and Scott was?

6         A.    If I had to guess, it was no more than 40 or

7    50 seconds.

8         Q.    You think it was a whole minute, pretty close to

9    it?

10        A.    No.

11        Q.    40 or 50 seconds?  All right.

12             So 40 to 50 seconds it takes you to catch up with

13   Grover and Aldridge.  You make a right turn on Raven.  How

14   far do you go down before you see their vehicles and Scott?

15        A.    I believe it was like the middle -- basically in

16   the middle of the block, because Alder is just east of

17   Raven.

18        Q.    And it was before that?

19        A.    Correct.

20        Q.    Okay, so middle of the block.

21             What do you see when you pull up?  What is the

22   visual that you actually see and observe?

23        A.    Scott's on the ground facedown.  Grover's at his

24   head, in a head-pin.  Aldridge is on top of Scott trying to

```
 1    hold him down.  Scott's struggling, trying to do push-ups
 2    to get up.  That's when I -- you know, when I got there.
 3         Q.   All right.  So Aldridge is on top of Scott and
 4    Grover had a head-pin on Scott?
 5         A.   Correct.
 6         Q.   And Scott's on the ground?
 7         A.   Correct.
 8         Q.   Are there any other officers around?
 9         A.   No.
10         Q.   How far is Scott from his vehicle?
11         A.   If I recall, I think he was just -- actually, not
12    too far.  I'd say probably like from -- probably like maybe
13    10 feet from his vehicle.  He didn't get very far.
14         Q.   So what, maybe to the wall (indicating)?
15         A.   Yes.
16         Q.   Now, when you saw Scott, was he on the driver's
17    side of his car, the passenger's side of the car?  Was he
18    in front of the car or in back of the car?
19         A.   The driver's side just slightly to the front of
20    his car.
21              MS. HAMMER:  Can we go back to clarify something?
22              When you had asked if there were any other
23    officers around, are you excluding officer Tapia that he
24    testified was with him?
```

```
 1              MR. HERNANDEZ:  No.  I'm getting to him.

 2              MS. HAMMER:  Okay.

 3              MR. HERNANDEZ:  I'm assuming that Tapia's with

 4    him in the car.

 5    BY MR. HERNANDEZ:

 6         Q.   That's correct; right?

 7         A.   Yes.

 8         Q.   But you were the driver?

 9         A.   Correct.

10         Q.   You jump back in your vehicle, approximately 40

11    to 50 seconds you catch up.  You observed the scene as

12    you've just described it to me?

13         A.   Yes.

14         Q.   And Officer Tapia, he's in the passenger's side?

15         A.   Correct.

16         Q.   Upon arrival does he get out of the vehicle?

17         A.   Yes.

18         Q.   So both you and Officer Tapia leave the vehicle.

19    And what do you do?

20         A.   Immediately ran up, and I grab ahold of Scott's

21    right arm and I -- I was able to get it back.  I used a

22    wrist lock to get his arm back.

23              Scott still had his left arm up underneath his --

24    underneath his chest or stomach area.  I didn't know -- you
```

1  know, what he -- you know, if he was trying to grab a
2  weapon or holding a weapon.
3          Officer Tapia was on the left side.  Aldridge was
4  at his legs.  Officer Tapia was trying to get his left arm
5  out from underneath him.
6      Q.   Who was doing that, Tapia?
7      A.   Yes.
8      Q.   Okay.
9      A.   I kept ordering Scott to stop resisting.  He
10 continued to fight us --
11     Q.   Let me stop you right there.  You have Grover.
12 Does he still have him in a head-pin?
13     A.   Yes.
14     Q.   You have Aldridge.  Is he still on top of him?
15     A.   He's at his legs.
16     Q.   At his legs.  Then you have Officer Tapia, who's
17 now on his left side and grabbing his left arm or trying
18 to?
19     A.   Correct.
20     Q.   And you were on his right side?
21     A.   Correct.
22     Q.   Is anybody striking Scott at any point prior to
23 you issuing the order "Stop resisting"?
24     A.   No.

1    Q.   Nobody's striking him; there's just hands on him
2  or there's contact with him?

3    A.   Correct.  We're all yelling at him to stop
4  resisting.

5    Q.   Okay.  Now, upon your arrival would it be
6  accurate to say the only thing -- the only crime that you
7  saw or violation you had actually personally observed was a
8  traffic violation -- two of them, one when he cut you off,
9  two when he made that left turn in violation of the light?

10    MS. HAMMER:   I think he also testified that he
11  was straddling the divider line.

12  BY MR. HERNANDEZ:

13    Q.   Ok, three.  Three traffic violations you
14  observed.

15    Is there anything more that you personally
16  observed prior to you getting to the scene in which he was
17  on the ground?

18    A.   Yeah.  And fleeing to elude.  Because as soon as
19  Officer Grover and Aldridge tried to stop him, he continued
20  to go and to not yield.

21    Q.   Well, I don't want to quibble with you, but you
22  have no idea whether or not he actually observed those
23  officers behind him or not, do you?  You don't have any
24  personal knowledge of that, do you?  You're not trying to

1    say that you knew that?

2         A.    Well, if you have your emergency lights on, you

3    know --

4         Q.    There's a lot of distractions in a car, are there

5    not, such as a loud radio, imbecilic behavior?

6         A.    If you have your emergency lights on and you fail

7    to yield and you turn to flee the officers, that is fleeing

8    to elude.

9         Q.    I'll concede fleeing to elude, another traffic

10   offense.

11        At this point you observe traffic offenses.  By

12   the time you reach the location on Raven, you had never

13   seen a gun or a weapon of any type; correct?

14        A.    Correct.

15        Q.    And you did not see Scott throw a punch at

16   anybody or kick anybody, did you?

17        A.    He was kicking and he was struggling.  He was

18   fighting to get away.

19        Q.    Well, you testified just earlier you had four

20   guys on him; correct?

21        A.    Correct.

22        Q.    All right.  And you also testified that no one

23   was hitting him?

24        A.    Correct.

1       Q.    Are you sure nobody was hitting him?

2       A.    No.

3       Q.    Okay.  So you got four guys on the guy trying to,

4    I would imagine, getting him under control so you can put

5    handcuffs on him?

6       A.    Correct.

7       Q.    Okay.  What happens next?

8       A.    I'm yelling at him to stop resisting.

9    Officer Tapia is trying to pull the arm out from under him

10   to assist Officer -- you know, because I had the arm.  I

11   knee'd Scott in the ribs three times, which got him to, you

12   know -- I'm assuming got Scott to loosen his left arm.  And

13   Officer Tapia was able to get the left arm behind his back

14   and we were able to handcuff him.

15      Q.    So you strike him with three knee blows to his

16   rib cage?

17      A.    Correct.

18      Q.    What happens next?

19      A.    Officer Tapia was able to get his arm -- his left

20   arm out from under him, Scott, and bring his hand behind

21   his back and we placed him into handcuffs.

22      Q.    What happens next?

23      A.    Basically he's laying there, we search him, we

24   get his ID --

1      Q.   No weapons?

2      A.   No weapons.

3      Q.   Okay.  Do you run his name?

4      A.   I didn't personally run his name, no.

5      Q.   Okay.  Well, did you check to see whether or not

6  he was a gang banger or gang member?

7      A.   Like I said, I didn't run his name.

8      Q.   Did you advise any of the other officers that he

9  had given you some type of gang signal?

10     A.   Yes.

11     Q.   All right.  And did they indicate to you that

12  they were going to run his name for any wants, warrants or

13  gang affiliation?

14    A.   I don't recall that.  They probably did.  I don't

15  recall.

16     Q.   Well, I just want you to tell me what you know

17  personally.

18     A.   No, I don't know.

19     Q.   Okay.  After you put the handcuffs on Mr. Scott,

20  what do you do next with him?

21    A.   Basically we sit him up --

22    Q.   Who's "we"?

23    A.   Well, the other officers had arrived.  I'm trying

24  to remember who was all there.

1   Q. You had Grover, you had Aldridge, you had Tapia

2 and you had yourself. Are these the four that lifted him

3 after he was put in handcuffs?

4   A. I believe it was Grover that lifted him and, you

5 know, brought him to his feet.

6   Q. Okay. At this time, when he was brought to his

7 feet, do you happen to notice his face?

8   A. Yes.

9   Q. And would you agree at this point his face is

10 bloodied?

11   A. Yes.

12   Q. And did anybody strike him in the face --

13   A. No.

14   Q. -- in your presence?

15   A. No.

16   Q. Did any officer indicate to you why Mr. Scott's

17 face was bloodied?

18   A. Yes. I spoke to Officer Grover --

19   Q. And what did he say to you and what did you say

20 to him?

21   A. He told me that when Scott stopped, he got out of

22 the car and started running. He was already on him and

23 caught him right away. He took him down in an armbar

24 takedown, and Scott hit his -- as he's taking him down,

1   Scott hit his face on the cement.  And he said, you know,

2   he was struggling, so he put him in a head-pin and waited

3   for officers to assist in taking him into custody.

4       Q.   Did he indicate how much time had elapsed from

5   the time that he put Mr. Scott in a head-pin to the time

6   that you arrived?

7       A.   No.

8       Q.   After Mr. Scott is lifted up, what, if anything,

9   happens next with Mr. Scott as you observe?

10      A.   There was a cut to his -- I think the upper

11  left -- or upper right eye, I believe.  And that's the only

12  place that I observed that he was bleeding from.

13      Q.   Was there anything else that you observed about

14  Mr. Scott at this time?

15      A.   No.

16      Q.   What happens to Mr. Scott?

17      A.   Well, our sergeant arrived, Sergeant McLester; we

18  took photographs of his injuries.  I asked -- actually, I

19  don't recall who asked Scott -- or maybe it was me -- if he

20  needed medical attention.  And he declined, said he didn't

21  need to go to the hospital.

22      Q.   What happens next?

23      A.   And then as I'm speaking to him, I can smell the

24  strong odor of alcohol on his breath.  He had glassy,

1    bloodshot eyes other than the other -- right eye because it

2    was already swollen.

3              So then Officer Tapia -- you know, we -- you

4    know, I believed that he was an intoxicated driver, so

5    Officer Tapia -- I asked Officer Tapia to get ahold of --

6    see if there was a traffic investigator out.  And

7    Investigator Mathews responded to assist us with a DUI

8    investigation.

9         Q.   Now, you call for an additional investigator or

10   patrol officer who does DUIs?  Is that essentially what

11   you're saying to me?

12        A.   Yeah.  Well, she's an investigator.

13        Q.   So she would have the PBT --

14        A.   Correct.

15        Q.   And she is a little more familiar with that

16   because she does it on a day-to-day basis?

17        A.   Correct.

18        Q.   And this is the Rosemary Mathews?

19        A.   Correct.

20        Q.   Does she arrive in your presence?

21        A.   Yes.

22        Q.   What happens to Mr. Scott at that point?

23        A.   She's doing the -- she takes over the DUI

24   investigation.  I go to my squad car and start writing the

1   tickets, so I did not observe any of the -- you know,

2   whether or not he took the field tests, whether or not he

3   took the PBT or anything.  This was on her.  I just was

4   writing the tickets.

5       Q.  All right.  Prior to you coming here today, did

6   you have a chance to speak with any of the officers

7   involved with the arrest of Scott or his apprehension on

8   May 25, 2007?

9       A.  No, I did not.

10      Q.  Have you ever discussed what your testimony may

11  be with anyone other than your counsel here today?

12      A.  Other than when -- at the time the incident

13  happened, yes, then but not any time after that.

14      Q.  All right.  Only at the time and when you

15  prepared your reports?

16      A.  Yes.

17      Q.  And after this incident did you go directly to

18  the police station or did you go to the restaurant, have

19  breakfast, then come back and prepare your reports?

20      A.  We went to the restaurant and then I did my

21  report.

22      Q.  Okay.  At the restaurant did you discuss

23  anything -- who was there at the restaurant with you?  Was

24  it Officer Tapia?

1          A.    Yes.

2          Q.    And was it Officer Aldridge and Grover?

3          A.    Yes.

4          Q.    All right.  At this breakfast -- I'm assuming

5     it's breakfast?

6          A.    Yes.

7          Q.    Did you discuss the just-arrested Eric Scott?

8          A.    Yes.  I mean, I initially told them, you know,

9     what happened prior to them coming in contact with him.

10         Q.    And did they tell you anything?

11         A.    Yeah.  Because I had asked Grover -- I basically

12    interviewed Grover as to what his -- what he did -- you

13    know, what he did because I was doing the report.

14         Q.    So you knew you were going to do a report.  Did

15    Grover indicate he was going to do a report?

16         A.    No.

17         Q.    Anyone else in that group indicate they were

18    going to do a report besides you?

19         A.    No.

20         Q.    Now, would you come to know anything about

21    Mr. Scott's medical condition or health, physical condition

22    as a result of this arrest and subsequent trip to the PSB?

23         A.    Yes.

24         Q.    What would you find out?

1    A.    I later learned that when he was at the Public
2    Safety Building, he requested -- he wanted medical
3    attention so he was taken to the hospital.

4        Grover and Aldridge were summoned to go to the
5    hospital and wait for Scott to be medically cleared.  When
6    they got there, they -- I spoke to Grover on the phone, and
7    he told me that as a result of his injuries, the doctor
8    told him that he had a cracked orbital.

9    Q.    Eye orbital?

10   A.    Correct.

11   Q.    Now, you had never seen -- or during this night,
12   did you ever see any officer strike him in the face --

13   A.    No.

14   Q.    -- on the right side --

15   A.    No.

16   Q.    -- of his eye or his -- his facial area at any
17   time?

18   A.    No.

19   Q.    But you did have the statement of Grover who
20   indicated that he took him down and he went face first into
21   the concrete or asphalt?

22   A.    Correct.

23   Q.    Did anyone inspect Eric Scott's car on this date?

24   A.    Yes, they probably did.  It was being towed for a

1  12-hour DUI hold.  I don't recall who did the impound.  I

2  don't recall who did the searching of the vehicle.  Mainly

3  it was an inventory search for the impound.

4      Q.  Did you have a video camera in your car?

5      A.  No.

6      Q.  Do you know whether or not Grover or Aldridge had

7  a camera in their car?

8      A.  No, we do not.

9      Q.  Were they also in plain clothes?

10      A.  Yes.

11      MR. HERNANDEZ:  I don't have any further

12  questions.

13      MS. HAMMER:  We'll reserve signature.

14                      (The deposition was concluded at

15                      4:20 p.m.)

16

17

18

19

20

21

22

23

24

1                              **SIGNATURE PAGE**

2

3            I, Officer Dan Basile, hereby certify that I have

4    read the transcript of my sworn testimony given at the time

5    and place aforesaid, consisting of Pages 1 through 34,

6    inclusive.  With the exception of any and all corrections

7    or changes listed on a supplemental page, to the best of my

8    knowledge and belief, said testimony is true and accurate.

9

10

11   RE:   Scott vs. The City of Rockford, et al.
           Case No. 08 C 50091
12         Deposition taken on November 29, 2010

13

14

15   _____

16         Signature

17

18

19   _____

20         Date

21

22

23

24

**REPORTER CERTIFICATE**

1
2
3          I, AMY R. CAMPOS, Certified Shorthand Reporter
4    and Registered Professional Reporter, in and for the County
5    of Winnebago and the State of Illinois, do hereby certify
6    that Officer Dan Basile, on November 29, 2010, was by me
7    first duly sworn; that signature was not waived; and that
8    the foregoing is a true and correct transcript of my
9    shorthand notes so taken as aforesaid.
10         I FURTHER CERTIFY that I am not counsel for nor
11   related to any of the parties herein nor am I interested,
12   financially or otherwise, in the outcome hereof.
13         I FURTHER CERTIFY that my certificate annexed
14   hereto applies only to the signed and certified
15   transcripts.  I assume no responsibility for the accuracy
16   of any reproduced copies not made under my control or
17   direction.
18         Dated and affixed with my seal of office at
19   Rockford, Illinois, on December 13, 2010.
20
21
22   Amy R. Campos
         Registered Professional Reporter
23       License No. 084-003516.
         Winnebago County, Illinois
24

**0**

003516 [1] 34/23
07 [1] 9/6
08 [2] 1/7 33/11
084-003516 [1] 34/23

**1**

10 feet [1] 19/13
11th [1] 10/20
12-hour [1] 32/1
13 [1] 34/19
1625 [1] 2/3

**2**

2000 [2] 5/17 7/17
2007 [7] 6/24 8/1 8/6 8/12 10/6 11/6
 29/8
2010 [4] 1/21 33/12 34/6 34/19
25 [4] 6/24 8/12 10/6 29/8
29 [3] 1/21 33/12 34/6
2:00 [1] 11/6

**3**

325 [1] 1/20
34 [2] 3/24 33/5
3:30 [1] 1/22

**4**

40 [4] 18/6 18/11 18/12 20/10
4000 [4] 11/11 11/12 11/14 12/20
425 [1] 2/9
4:20 [1] 32/15

**5**

5/25/07 [1] 9/6
5/25/2007 [1] 11/6
50 [4] 18/7 18/11 18/12 20/11
50091 [1] 1/7 33/11

**6**

61101 [1] 2/10
61104 [1] 2/4

**8**

815.387.0261 [1] 2/4
815.987.5540 [1] 2/11

**9**

9:00 [1] 8/18

**A**

a.m [1] 8/20
able [5] 18/4 20/21 24/13 24/14
 24/19
about [6] 11/6 11/10 12/11 16/15
 27/13 30/20
above [1] 1/17
above-entitled [1] 1/17
academy [3] 5/16 6/19 7/16
accuracy [1] 34/15
accurate [2] 22/6 33/8
across [1] 15/15
action [1] 1/18
activate [1] 15/11
activated [4] 15/6 15/7 15/22 17/9
activity [1] 9/22
actual [1] 6/6
actually [13] 12/1 12/24 14/18 15/6
 16/2 16/24 17/18 18/4 18/22 19/11

additional [3] 7/8 7/24 28/9
administrative [2] 1/23 2/2
advise [2] 5/2 25/8
affiliation [1] 25/13
affixed [1] 34/18
aforesaid [2] 33/5 34/9
afte [1] 26/3
after [8] 13/1 13/11 17/9 17/14
 25/19 27/8 29/13 29/17
agree [2] 6/4 26/9
agreement [1] 5/7
ahead [2] 15/4 15/22
ahold [2] 20/20 28/5
al [2] 7/21 33/11
alcohol [1] 27/24
Alder [1] 18/16
Aldridge [16] 16/16 16/20 17/4
 17/18 17/20 17/21 18/13 18/24 19/3
 21/3 21/14 22/19 26/1 30/2 31/4
 32/6
Aldridge's [1] 17/8
all [16] 4/21 6/19 7/16 9/3 10/22
 13/10 18/11 19/3 22/3 23/22 25/11
 25/24 29/5 29/14 30/4 33/6
almost [2] 12/14 13/21
Alpine [8] 11/16 11/16 11/17 13/14
 13/16 16/7 16/13 17/7
already [2] 26/22 28/2
also [6] 4/16 7/14 11/22 22/10 23/22
 32/9
am [2] 34/10 34/11
Amy [3] 1/18 34/3 34/22
ANGELA [1] 2/9
angela.hammer [1] 2/11
annexed [1] 34/13
another [1] 23/9
answer [2] 4/17 4/20
any [22] 4/11 7/8 7/23 9/10 16/10
 19/8 19/22 21/22 22/23 23/13 25/8
 25/12 26/16 29/1 29/6 29/13 31/12
 31/16 32/11 33/6 34/11 34/16
anybody [4] 21/22 23/16 23/16
 26/12
anyone [3] 29/11 30/17 31/23
anything [11] 8/6 8/10 9/10 9/23
 22/15 27/8 27/13 29/3 29/23 30/10
 30/20
anywhere [1] 10/15
aol.com [1] 2/5
APPEARANCES [1] 2/1
appeared [2] 2/6 2/12
applicable [1] 5/8
applies [1] 34/14
apply [1] 13/6
apprehension [2] 5/19 29/7
approach [1] 13/13
approached [1] 16/2
approaching [1] 13/4
appropriate [1] 4/18
approximately [1] 20/10
are [15] 4/14 4/21 6/9 10/24 11/9
 11/24 12/15 13/20 14/21 15/19 19/8
 19/23 23/4 24/1 26/2
area [8] 10/8 10/12 10/20 10/24
 11/4 14/17 20/24 31/16
arm [11] 20/21 20/22 20/23 21/4
 21/7 21/24 24/9 24/10 24/12 24/13 24/19
 24/20
armbar [1] 26/23
around [4] 12/1 16/6 19/8 19/23
arrest [2] 29/7 30/22
arrested [1] 30/7

arrive [1] 28/20
arrived [3] 27/9 28/22 29/2
arsenal [1] 7/12
as [24] 1/16 4/2 5/18 6/9 6/10 7/8
 7/9 8/9 12/12 13/1 13/4 14/7 17/6
 20/11 22/18 22/18 23/5 26/24 27/9
 27/23 30/12 30/22 31/7 34/9
ask [4] 4/12 4/13 4/13 16/19
asked [5] 19/22 27/18 27/19 28/5
 30/11
asking [1] 4/10
asp [4] 6/13 6/14 7/6 8/9
asphalt [1] 31/21
assigned [8] 8/22 10/1 10/4 10/7
 10/14 10/24 11/4 12/8
assist [4] 10/18 24/10 27/3 28/7
assume [1] 34/15
assumed [2] 14/14 15/5
assuming [5] 17/11 17/13 20/3
 24/12 30/4
attention [2] 27/20 31/3
ATTORNEY [2] 2/3 2/9
avoid [1] 13/6
away [3] 7/3 23/18 26/23

**B**

B-a-s-i-l-e [1] 4/8
back [10] 9/24 10/1 19/18 19/21
 20/10 20/21 20/22 24/13 24/21
 29/19
backup [1] 11/3
badge [3] 16/2 16/3 16/4
banger [1] 25/6
bar [1] 10/18
bars [1] 10/18
basically [7] 9/21 11/2 14/16 18/15
 24/23 25/21 30/11
BASILE [10] 1/10 1/12 1/16 3/2 4/1
 4/8 4/9 5/11 33/3 34/6
basis [1] 28/16
Baton [1] 6/13
be [12] 4/10 4/18 4/21 5/3 6/6 6/14
 11/14 14/9 14/10 22/5 29/11 31/5
because [14] 7/2 14/15 15/7 16/3
 16/15 16/24 17/16 18/16 22/18
 24/10 28/1 28/16 30/11 30/13
been [4] 4/2 5/14 7/3 13/11
before [4] 1/18 12/9 18/14 18/18
behalf [3] 1/17 2/6 2/12
behavior [1] 23/5
behind [3] 22/23 24/13 24/20
being [2] 12/8 31/24
belief [1] 33/8
believe [7] 5/3 10/5 12/5 14/15
 18/15 26/4 27/11
believed [1] 28/4
besides [1] 30/18
best [1] 33/7
better [2] 10/11 11/3
big [1] 10/14
bikes [2] 9/3 9/10
black [3] 14/16 14/17 14/19
bleeding [1] 27/12
block [5] 11/11 11/12 11/15 18/16
 18/20
bloodied [2] 26/10 26/17
bloodshot [1] 28/1
blows [1] 24/15
blue [1] 14/18
both [2] 12/24 20/18
brakes [1] 13/6
break [3] 5/1 5/2 5/2

**D**

breakfast [1] 27/24
breath [1] 27/24
bring [1] 24/20
Broadway [2] 10/9 10/13
brought [2] 26/5 26/6
Building [1] 31/2

**C**

cage [1] 24/16
call [1] 28/9
called [1] 1/16
came [1] 17/23
camera [2] 32/4 32/7
Campos [3] 1/18 34/3 34/22
can [8] 4/17 5/11 14/1 14/16 15/15
  19/21 24/4 27/23
car [26] 13/11 13/18 14/16 15/7
  15/8 15/9 15/12 15/12 15/13 16/2
  16/6 16/22 18/1 18/3 19/17 19/17
  19/18 19/18 19/20 20/4 23/4 26/22
  28/24 31/23 32/4 32/7
car's [1] 15/6
carrying [3] 6/24 7/5 7/8
cars [3] 13/18 16/10 16/15
Case [1] 33/11
catch [3] 18/4 18/12 20/11
caught [1] 26/23
cement [1] 27/1
certificate [3] 3/24 34/1 34/13
certified [3] 1/18 34/3 34/14
certify [4] 33/3 34/5 34/10 34/13
chance [1] 29/6
changes [1] 33/7
check [1] 25/5
chest [2] 14/17 20/24
city [6] 1/8 1/19 2/8 5/13 9/16 33/11
Civil [1] 5/8
clarify [1] 19/21
clear [1] 15/2
cleared [1] 31/5
close [1] 18/8
clothes [1] 32/9
clothesed [1] 9/15
cold [1] 15/1
collided [1] 12/14
combination [2] 9/2 9/9
combined [2] 9/3 9/3
come [2] 29/19 30/20
comes [2] 8/9 13/5
coming [5] 12/14 12/19 12/20 29/5
  30/9
concede [1] 23/9
concluded [1] 32/14
concrete [1] 31/21
condition [2] 30/21 30/21
conditions [2] 14/22 16/8
confrontation [1] 17/12
confused [1] 14/7
conjunction [1] 10/23
consisting [1] 33/5
contact [2] 22/2 30/9
continued [3] 13/7 21/10 22/19
control [3] 17/22 24/4 34/16
copies [1] 34/16
Corporation [1] 1/9
correct [29] 9/8 10/2 11/1 11/5
  15/24 16/14 17/3 18/19 19/5 19/7
  20/6 20/9 20/15 21/19 21/21 22/3
  23/13 23/14 23/20 23/21 23/24 24/6
  24/17 28/14 28/17 28/19 31/10
  31/22 34/8

counsel [3] 5/2 29/11 34/10
COURT [1] 1/1
cracked [1] 31/8
crime [1] 22/6
criminal [1] 9/22
curb [1] 10/20
curriculum [1] 5/18
custody [1] 27/3
cut [5] 13/1 13/2 13/11 22/8 27/10

**D**

Dalke [1] 7/22
DAN [7] 1/12 1/16 3/2 4/1 4/8 33/3
  34/6
DANIEL [1] 1/10
date [5] 7/1 7/4 9/6 31/23 33/20
Dated [1] 34/18
day [6] 10/10 10/22 11/6 14/22
  28/16 28/16
day-to-day [1] 28/16
days [1] 12/10
deadly [1] 6/22
December [1] 34/19
decides [1] 9/17
declined [1] 27/20
deep [1] 16/15
defendants [2] 1/13 2/12
department [5] 1/20 2/8 5/13 8/13
  9/10
depending [2] 6/2 6/16
deposition [6] 1/11 1/16 4/17 5/6
  32/14 33/12
described [1] 20/12
device [1] 6/11
did [32] 5/16 10/15 23/15 23/16
  25/5 25/8 25/11 25/14 26/12 26/16
  26/19 26/19 27/4 29/1 29/5 29/9
  29/17 29/18 29/20 29/22 30/7 30/10
  30/12 30/13 30/14 31/12 31/19
  31/23 31/24 32/1 32/2 32/4
didn't [9] 14/14 15/5 17/11 17/18
  19/13 20/24 25/4 25/7 27/20
direction [2] 16/23 34/17
directly [3] 15/15 15/15 29/17
discuss [2] 29/22 30/7
discussed [1] 29/10
distractions [1] 23/4
DISTRICT [2] 1/1 1/2
divider [1] 22/11
division [1] 1/3 10/4
do [32] 4/11 4/12 4/19 5/4 5/24 7/5
  7/17 7/23 8/15 11/7 12/4 13/2 13/10
  13/10 18/14 18/21 19/1 20/19 20/19
  21/6 22/23 22/24 25/3 25/20 25/20
  26/7 30/14 30/15 30/18 32/6 32/8
  34/5
doctor [1] 31/7
does [7] 5/21 12/22 20/16 21/12
  28/10 28/16 28/20
doesn't [1] 13/4
doing [3] 11/24 28/23 30/13
don't [18] 5/3 7/2 7/2 7/3 8/2 10/8
  14/24 16/10 17/11 22/21 22/23
  25/14 25/14 25/18 27/19 32/1 32/2
  32/11
done [2] 4/18 4/21
down [10] 10/19 12/12 15/10 16/4
  18/1 18/14 19/1 26/23 26/24 31/20
downtown [2] 10/8 10/12
drive [1] 13/4
driven [1] 12/13

driver's [2] 19/16 19/19
drivers [1] 11/22
driving [5] 11/10 12/1 12/12 13/21
  17/24
DUI [3] 28/7 28/23 32/1
DUIs [1] 28/10
duly [2] 4/2 34/7
during [1] 31/11

**E**

earlier [1] 23/19
early [1] 14/22
east [18] 10/2 2/3 2/9 10/10 10/14
  10/14 10/15 10/21 10/22 11/10
  11/16 11/16 11/17 11/18 12/20 13/8
  16/24 18/16
eastbound [3] 11/19 13/7 17/19
eight [1] 10/5
either [3] 4/12 10/21 13/15
elapsed [2] 18/2 27/4
else [4] 9/10 9/23 27/13 30/17
elude [3] 22/18 23/8 23/9
email [2] 2/5 2/11
emergency [2] 23/2 23/6
employed [1] 5/14
employer [1] 5/12
enough [1] 15/19
entitled [1] 1/17
ERIC [3] 1/5 30/7 31/23
essentially [1] 28/10
et [1] 33/11
even [2] 6/10 7/9
event [1] 5/4
ever [2] 29/10 31/12
EXAMINATION [2] 3/2 4/4
examined [1] 4/2
exception [1] 33/6
excluding [1] 19/23
exhibits [1] 3/9
extended [1] 6/12
eye [4] 27/11 28/1 31/9 31/16
eye or [1] 31/16
eyes [1] 28/1
eyes other [1] 28/1

**F**

face [7] 26/7 26/9 26/12 26/17 27/1
  31/12 31/20
facedown [1] 18/23
facial [1] 31/16
fail [1] 23/6
failed [1] 17/15
Fair [1] 15/19
familiar [2] 6/11 28/15
far [4] 18/14 19/10 19/12 19/13
Federal [1] 5/8
feel [4] 4/18 5/1 5/1 10/11
feet [3] 19/13 26/5 26/7
field [2] 7/17 29/2
fight [1] 21/10
fighting [1] 23/18
fights [1] 10/19
Finally [1] 5/3
financially [1] 34/12
find [1] 30/24
finger [1] 14/5
first [4] 16/16 16/21 31/20 34/7
fled [1] 17/6
flee [1] 23/7
fleeing [3] 22/18 23/7 23/9
Floor [2] 1/21 2/10
follow [1] 13/13

**follows [1]** 4/3
**force [7]** 5/21 6/2 6/16 6/20 6/22 7/24 8/4
**forefinger [1]** 14/4
**foregoing [1]** 34/8
**forgetting [1]** 6/10
**form [2]** 4/19 13/24
**four [4]** 16/15 23/19 24/3 26/2
**front [7]** 12/13 13/12 13/18 17/2 17/4 19/18 19/19
**further [3]** 32/11 34/10 34/13

**G**

**GALLAGHER [1]** 1/11
**gang [5]** 13/24 25/6 25/6 25/9 25/13
**generally [1]** 10/21
**gesture [1]** 14/13
**get [16]** 8/5 10/11 12/2 15/8 18/4 19/2 19/13 20/16 20/21 20/22 21/4 23/18 24/13 24/19 24/24 28/5
**getting [4]** 13/15 20/1 22/16 24/4
**give [1]** 4/17
**given [3]** 10/24 25/9 33/4
**glassy [1]** 27/24
**go [16]** 9/19 10/19 10/21 10/22 12/5 15/4 15/8 15/22 18/14 19/21 22/20 27/21 28/24 29/17 29/18 31/4
**going [15]** 4/10 4/12 5/3 8/24 12/2 12/5 16/5 16/6 16/10 16/24 17/17 25/12 30/14 30/15 30/18
**got [11]** 8/19 15/23 17/15 17/20 17/24 19/2 24/3 24/11 24/12 26/21 31/6
**grab [2]** 20/20 21/1
**grabbing [1]** 21/17
**graduate [1]** 5/16
**graduated [1]** 7/16
**ground [4]** 17/21 18/23 19/6 22/17
**group [1]** 30/17
**GROVER [24]** 1/10 16/16 16/18 16/20 17/4 17/8 17/19 17/20 17/21 18/13 19/4 21/11 22/19 26/1 26/4 26/18 30/2 30/11 30/12 30/15 31/4 31/6 31/19 32/6
**Grover's [1]** 18/23
**guess [4]** 10/11 11/2 14/7 18/6
**guidelines [1]** 4/16
**gun [1]** 23/13
**guy [1]** 24/3
**guys [2]** 23/20 24/3

**H**

**had [28]** 7/3 7/4 13/5 17/12 17/16 17/17 17/21 18/2 18/6 19/4 19/22 20/23 22/7 23/12 23/19 24/10 25/9 25/23 26/1 26/1 26/2 27/4 27/24 30/11 31/8 31/11 32/6
**HAMMER [1]** 2/9
**hand [7]** 13/23 13/23 13/24 14/1 14/13 18/3 24/20
**handcuff [1]** 14/14
**handcuffs [4]** 24/5 24/21 25/19 26/3
**hands [1]** 22/1
**hanging [1]** 16/3
**happen [1]** 26/7
**happened [2]** 29/13 30/9
**happens [13]** 12/11 13/12 13/17 15/4 16/1 17/5 24/7 24/18 24/22 27/9 27/16 27/22 28/22
**Harrison [1]** 10/20

**14/19 16/3 21/11 21/12 21/14 21/16**
**27/23 27/23 27/24 28/9 28/11 28/16**
**29/10 29/18 31/19 32/4 32/11 33/3**
**having [2]** 4/2 7/23
**he [73]**
**he's [12]** 7/21 11/22 12/20 13/1 13/8 13/14 13/14 14/12 20/14 21/15 24/23 26/24
**head [8]** 4/19 17/21 18/24 18/24 19/4 21/12 27/2 27/5
**head-pin [6]** 17/21 18/24 19/4 21/12 27/2 27/5
**headed [1]** 16/23
**heading [2]** 11/17 12/4
**health [1]** 30/21
**help [1]** 8/24
**her [1]** 29/3
**here [3]** 5/3 29/5 29/11
**hereby [2]** 33/3 34/5
**herein [1]** 34/11
**hereof [1]** 34/12
**hereto [1]** 34/14
**HERNANDEZ [4]** 2/3 3/3 4/5 4/10
**hey [1]** 13/20
**high [1]** 16/5
**him [59]**
**his [48]**
**hit [3]** 13/21 26/24 27/1
**hitting [3]** 13/6 23/23 24/1
**hold [2]** 19/1 32/1
**holding [1]** 21/2
**hospital [3]** 27/21 31/3 31/5
**hot [5]** 9/16 9/17 9/19 10/6 15/1
**hour [1]** 32/1
**how [6]** 5/14 10/3 18/1 18/13 19/10 27/4
**huh [1]** 4/15

**I**

**I'd [1]** 19/12
**I'll [1]** 23/9
**I'm [22]** 4/10 4/12 8/5 10/11 10/13 12/12 12/16 13/4 14/7 14/7 14/17 14/18 15/14 17/11 17/13 20/1 20/3 24/8 24/12 25/23 27/23 30/4
**ID [1]** 24/24
**idea [1]** 22/22
**ILLINOIS [7]** 1/2 1/21 2/4 2/10 34/5 34/19 34/23
**imagine [1]** 24/4
**imbecilic [1]** 23/5
**Immediately [1]** 20/20
**impound [2]** 32/1 32/3
**incident [2]** 29/12 29/17
**include [2]** 5/21 6/22
**inclusive [1]** 33/6
**indicate [5]** 25/11 26/16 27/4 30/15 30/17
**indicated [2]** 10/12 31/20
**indicating [2]** 14/3 19/14
**Individually [5]** 1/9 1/10 1/10 1/11 1/11
**individuals [1]** 5/19
**inflections [1]** 4/19
**ing [1]** 21/6
**initially [1]** 30/8
**injuries [2]** 27/18 31/7
**inspect [1]** 31/23
**intention [1]** 13/19
**interested [1]** 34/11
**intersection [1]** 17/16
**intervention [2]** 6/4 6/7

**intoxicated [1]** 28/4
**investigation [2]** 28/8 28/24
**investigator [4]** 28/6 28/7 28/9 28/12
**involved [1]** 29/7
**is [36]**
**issuing [1]** 21/23
**it [40]**
**it's [7]** 6/12 6/16 14/4 14/9 14/10 15/18 30/5

**J**

**jacket [2]** 14/18 14/19
**Jacobi [1]** 7/22
**JOSHUA [1]** 1/10
**JUAN [1]** 1/11
**jump [1]** 20/10
**just [22]** 5/4 5/15 10/15 11/16 13/4 13/5 13/6 13/11 13/11 17/13 17/13 17/14 17/15 18/16 19/11 19/19 20/12 22/1 23/19 25/16 29/3 30/7
**just-arrested [1]** 30/7

**K**

**keep [1]** 6/10
**kept [1]** 21/9
**Kia [1]** 12/13
**kick [1]** 23/16
**kicking [1]** 23/17
**kind [4]** 6/7 13/22 14/7 14/14
**knee [1]** 24/15
**knee'd [1]** 24/11
**knew [2]** 23/1 30/14
**know [39]**
**knowledge [2]** 22/24 33/8

**L**

**lack [1]** 11/2
**lane [15]** 12/15 12/16 12/17 12/22 13/1 13/15 13/16 15/14 15/15 15/17 15/17 15/18 15/18 15/19 16/21
**lanes [1]** 13/14
**last [6]** 4/6 12/2 12/6 12/7 12/7 12/9
**later [1]** 31/1
**Law [2]** 1/20 2/8
**laying [1]** 24/23
**learned [1]** 31/1
**leave [2]** 16/5 20/18
**left [13]** 12/24 13/16 15/15 20/23 21/3 21/4 21/17 21/17 22/9 24/12 24/13 24/19 27/11
**legs [3]** 21/4 21/15 21/16
**let [6]** 5/4 13/20 14/21 15/11 16/19 21/11
**License [1]** 34/23
**lieutenant [1]** 7/21
**lifted [3]** 26/2 26/4 27/8
**light [8]** 15/7 15/20 16/6 16/17 16/17 16/22 17/7 22/9
**lights [7]** 15/6 15/8 15/12 15/22 17/9 23/2 23/6
**like [11]** 5/1 8/10 13/22 14/2 14/3 14/22 16/8 18/15 19/12 19/12 25/7
**line [1]** 22/11
**listed [1]** 33/7
**little [1]** 28/15
**located [2]** 11/14 16/19
**location [3]** 10/16 18/4 23/12
**lock [1]** 20/22
**long [2]** 5/3 5/14
**look [1]** 9/21

looks [1] 14/12
looking [1] 14/12
looks [2] 13/22 14/1
loosen [1] 24/12
lot [1] 23/4
loud [1] 23/5
low [1] 9/15
low-profile [1] 9/15

## M

M3 [8] 8/23 9/1 9/4 9/6 9/13 10/3 11/22 12/8
made [2] 22/9 34/16
main [1] 11/14
mainly [3] 10/8 10/12 32/2
make [3] 9/21 18/3 18/13
makes [1] 14/12
manipulates [1] 13/23
manipulation [1] 14/1
manner [1] 4/21
many [1] 10/3
March [2] 5/17 7/17
Mark [2] 7/21 7/22
marked [1] 3/9
MATHEWS [3] 1/9 28/7 28/18
may [5] 6/24 8/12 10/6 29/8 29/10
May 25 [3] 6/24 8/12 10/6
maybe [8] 6/10 6/11 7/9 8/10 10/9 19/12 19/14 27/19
McLester [1] 27/17
me [24] 4/11 4/13 4/13 8/24 10/12 12/13 13/1 13/10 13/22 14/1 14/21 15/4 15/8 15/11 15/16 16/19 20/12 21/11 25/16 26/21 27/19 28/11 31/7 34/6
mean [7] 5/24 8/2 13/2 13/14 14/24 16/9 30/8
medical [3] 27/20 30/21 31/2
medically [1] 31/5
member [1] 25/6
mentioned [1] 7/9
metal [1] 6/11
middle [4] 14/4 18/15 18/16 18/20
Mike [1] 7/22
mind [1] 8/9
minute [1] 18/8
Moderate [1] 16/9
month [1] 7/24
more [3] 18/6 22/15 28/15
morning [2] 11/7 14/22
motioned [2] 15/9 16/4
Mr [2] 3/3 4/5
Mr. [9] 25/19 26/16 27/5 27/8 27/9 27/14 27/16 28/22 30/21
Mr. Scott [7] 25/19 27/5 27/8 27/9 27/14 27/16 28/22
Mr. Scott's [2] 26/16 30/21
much [2] 18/2 27/4
Municipal [1] 1/9
must [1] 4/18
my [18] 4/9 13/6 13/19 14/17 14/18 14/19 15/6 15/7 16/2 16/3 28/24 29/20 33/4 33/7 34/8 34/13 34/16 34/18

## N

name [8] 4/6 4/6 4/9 6/11 25/3 25/4 25/7 25/12
nature [2] 6/2 6/17
neck [1] 16/3
need [3] 5/1 5/1 27/21

needs [1] 4/21
never [2] 12/23 13/3
next [12] 6/6 13/12 13/19 15/4 16/1 17/5 24/7 24/18 24/22 25/20 27/9 27/22
night [7] 8/16 12/2 12/6 12/7 12/8 12/9 31/11
no [36]
nobody [2] 15/14 24/1
Nobody's [1] 22/1
Nods [1] 4/19
normal [1] 10/23
normally [1] 10/24
north [2] 16/12 17/7
northbound [2] 16/7 16/11
NORTHERN [1] 1/2
not [24] 4/11 4/19 7/4 7/5 13/14 14/7 19/11 22/20 22/22 22/23 22/24 23/5 23/15 25/5 29/1 29/2 29/2 29/9 29/13 32/6 32/8 34/7 34/10 34/16
notes [1] 34/9
Nothing [1] 8/9
notice [1] 5/7 26/7
November [3] 1/21 33/12 34/6
now [13] 6/24 7/16 7/21 9/13 13/10 13/17 17/11 19/16 21/17 22/5 28/9 30/20 31/11

## O

observe [4] 18/22 23/11 27/9 29/1
observed [7] 20/11 22/7 22/14 22/16 22/22 27/12 27/13
occurring [1] 8/6
odor [1] 27/24
off [8] 8/19 12/10 13/1 13/1 13/2 13/11 17/14 22/8
off at [1] 8/19
offense [1] 23/10
offenses [1] 23/11
office [1] 34/18
officer [43]
officers [13] 7/18 9/24 10/1 10/24 11/3 19/8 19/23 22/23 23/7 25/8 25/23 27/3 29/6
oh [1] 8/18
Ok [1] 22/13
okay [19] 4/14 5/5 12/11 13/17 14/12 15/2 15/4 15/22 18/20 20/2 21/8 22/5 24/3 24/7 25/3 25/5 25/19 26/6 29/22
once [1] 9/19
one [7] 4/12 4/12 7/4 9/4 16/22 22/8 23/22
ones [1] 16/16
only [6] 13/19 22/6 22/6 27/11 29/14 34/14
orbital [2] 31/8 31/9
order [1] 21/23
ordering [1] 21/9
other [12] 8/4 9/10 13/18 16/6 19/8 19/22 25/8 25/23 28/1 28/1 29/11 29/12
otherwise [1] 34/12
our [3] 12/2 12/9 27/17
out [16] 8/24 12/1 12/13 12/14 12/22 13/5 15/8 15/23 16/3 20/16 21/5 24/9 24/20 26/21 28/6 30/24
outcome [1] 34/12
outer [1] 14/19
over [3] 5/15 13/15 28/23
overly [2] 15/1 15/1

p.m [3] 33/7
page [1] 33/7
Pages [1] 33/5
part [2] 5/18 7/12
particular [2] 10/22 11/4
parties [2] 5/8 34/11
passenger's [3] 15/9 19/17 20/14
past [1] 12/12
patrol [4] 10/18 10/24 11/3 28/10
patrolled [1] 9/16
patrolling [1] 10/10
PAUL [1] 1/11
PBT [2] 28/13 29/3
people [1] 10/3
pepper [3] 7/10 7/12 8/10
periodically [1] 8/2
Perkins [1] 12/5
personal [1] 22/24
personally [4] 22/7 22/15 25/4 25/17
phone [3] 2/4 2/11 31/6
photographs [1] 27/18
physical [2] 6/7 30/21
pin [6] 17/21 18/24 19/4 21/12 27/2 27/5
pitchfork [3] 13/24 14/9 14/10
place [2] 27/12 33/5
placed [1] 24/21
plain [2] 9/15 32/9
plaintiff [3] 1/6 1/17 2/6
please [2] 4/7 5/2
point [7] 4/24 18/2 18/3 21/22 23/11 26/9 28/22
police [7] 5/13 7/8 8/13 14/15 15/5 18/3 29/18
potential [2] 6/17 9/21
prepare [1] 29/19
prepared [1] 29/15
presence [2] 26/14 28/20
pretty [2] 10/14 18/8
previously [1] 7/9
prior [5] 9/4 21/22 22/16 29/5 30/9
probably [5] 16/15 19/12 19/12 25/14 31/24
Procedure [1] 5/9
proceed [1] 13/13
proceeded [2] 16/5 18/1
Professional [3] 1/19 34/4 34/22
profile [1] 9/15
progressive [2] 6/1 6/16
prostitution [1] 10/20
PSB [1] 30/22
Public [1] 31/1
pull [4] 12/22 13/19 18/21 24/9
pulled [3] 12/13 13/11 16/2
pulls [2] 12/22 13/15
punch [1] 23/15
purpose [2] 9/13 9/20
pursuant [2] 5/7 5/7
push [1] 19/1
push-ups [1] 19/1
put [5] 24/4 25/19 26/3 27/2 27/5
puts [1] 13/23

## Q

question [2] 4/13 4/14
questions [2] 4/11 32/12
quibble [1] 22/1
quickly [1] 18/1

## R

radio [1] 23/5

raining [1]  15/2
ran [1]  20/20
rate [1]  16/5
Raven [6]  17/19 17/20 18/1 18/13
 18/17 23/12
RE [1]  33/11
reach [1]  23/12
read [1]  33/4
recall [14]  7/2 7/3 7/17 8/6 8/15
 10/8 12/4 14/24 19/11 25/14 25/15
 27/19 32/1 32/2
recklessly [1]  13/21
recollection [1]  7/23
record [2]  4/7 4/20
red [2]  15/7 17/16
refresher [1]  8/3
Registered [3]  1/19 34/4 34/22
regularly [2]  10/1 11/4
regularly-assigned [1]  10/1
related [1]  34/11
relationship [1]  15/12
remember [3]  8/6 11/7 25/24
RENE [2]  2/3 4/10
rensone [1]  2/5
rephrase [1]  4/13
report [5]  29/21 30/13 30/14 30/15
 30/18
Reporter [7]  1/19 1/19 3/24 34/1
 34/3 34/4 34/22
reports [2]  29/15 29/19
reproduced [1]  34/16
requested [1]  31/2
reserve [1]  32/13
resisting [4]  21/9 21/23 22/4 24/8
responded [1]  28/7
responsibility [1]  34/15
restate [1]  4/13
restaurant [15]  12/1 29/18 29/20
 29/22 29/23
result [2]  30/22 31/7
RHA [2]  9/3 9/10
rib [1]  24/16
ribs [1]  24/11
right [32]  4/21 7/16 12/16 12/17
 12/24 13/5 13/10 13/19 14/21 15/3
 15/11 15/14 15/19 16/21 16/21 18/3
 18/11 18/13 19/3 20/6 20/21 21/11
 21/20 23/22 25/11 26/23 27/11 28/1
 29/5 29/14 30/4 31/14
right-hand [1]  18/3
ROCKFORD [10]  1/8 1/20 1/21 2/4
 2/8 2/10 5/13 8/13 33/11 34/19
rockfordil.gov [1]  2/11
roll [2]  15/10 16/4
ROSEMARY [2]  1/9 28/18
Rules [1]  5/8
run [4]  25/3 25/4 25/7 25/12
running [1]  26/22

## S

Safety [1]  31/2
said [6]  9/9 10/13 25/7 27/1 27/20
 33/8
saw [7]  17/8 17/13 17/17 17/18 18/2
 19/16 22/7
say [8]  12/6 13/2 14/23 19/12 22/6
 23/1 26/19 26/19
saying [1]  28/11
scale [2]  5/23 6/1
scene [2]  20/11 22/16

Scott's [8]  15/12 18/23 19/1 19/6
 20/2 20/4 20/7 20/11
seal [1]  34/18
search [2]  24/23 32/3
searching [1]  32/2
seconds [4]  18/7 18/11 18/12 20/11
see [10]  14/17 15/15 17/18 18/14
 18/21 18/22 23/15 25/5 28/6 31/12
seen [2]  23/13 31/11
Semenchuk [1]  7/22
sergeant [2]  27/17 27/17
series [1]  4/10
Seventh [4]  1/21 2/10 10/9 10/13
she [5]  28/13 28/15 28/16 28/20
 28/23
she's [1]  28/12 28/23
shift [2]  8/15 8/16
Shooters [2]  12/12 12/21
shorthand [3]  1/18 34/3 34/9
should [1]  14/23
show [1]  14/1
Showed [1]  16/3
side [13]  10/10 10/14 10/14 10/15
 15/9 19/17 19/17 19/19 20/14 21/3
 21/17 21/20 31/14
signal [3]  13/24 17/14 25/9
signature [4]  32/13 33/1 33/16 34/7
signed [1]  34/14
sit [1]  25/21
situation [1]  6/2
sliding [1]  5/23
slightly [1]  19/19
smell [1]  27/23
so [34]  4/20 5/14 6/16 7/3 10/20
 11/2 11/19 12/11 12/22 13/10 13/22
 14/4 15/5 15/6 15/15 15/17 16/17
 17/24 18/12 18/20 19/3 19/14 20/18
 24/3 24/4 24/15 27/2 28/3 28/4
 28/13 29/1 30/14 31/3 34/9
some [3]  4/16 6/7 25/9
something [1]  19/21
soon [2]  22/18
sorry [1]  10/13
south [1]  16/12
Southbound [1]  16/11
speak [1]  29/6
speaking [1]  27/23
specific [1]  10/16
specifically [4]  8/7 9/16 10/19 16/20
speed [1]  16/5
speeding [1]  13/1
spell [1]  4/6
spoke [2]  26/18 31/6
spot [3]  9/17 9/19 10/6
spots [1]  9/16
spray [4]  7/9 7/10 7/12 8/10
squad [6]  11/22 14/16 15/6 15/7
 17/9 28/24
squealing [1]  17/6
start [1]  28/24
started [1]  26/22
state [14]  1/20 2/3 2/9 4/6 5/11
 11/10 11/16 11/19 12/20 13/7 13/8
 13/16 16/7 34/5
statement [1]  31/19
STATES [1]  1/1
station [1]  29/18
step [1]  6/6
still [6]  13/14 15/7 17/16 20/23
 21/12 21/14
stomach [1]  20/24
stop [10]  13/5 14/21 15/11 17/15

stopped [1]  26/21
straddles [1]  12/24
straddling [2]  13/14 22/11
street [10]  1/20 2/3 2/9 10/9 10/13
 10/20 11/10 11/14 12/8 13/7
Streets [6]  8/23 9/1 9/4 9/7 9/15
 10/3
strike [3]  24/15 26/12 31/12
striking [2]  21/22 22/1
strong [1]  27/24
struggling [4]  17/23 19/1 23/17 27/2
subjects [1]  8/5
subsequent [1]  30/22
such [4]  6/9 6/10 7/9 23/5
summoned [1]  31/4
supplemental [1]  33/7
supposed [2]  14/9 14/10
sure [1]  24/1
suspect [1]  6/17
swollen [1]  28/2
sworn [3]  4/2 33/4 34/7

## T

Tac [2]  9/3 9/9
tactical [2]  6/9 9/4
take [1]  5/2
takedown [1]  26/24
taken [6]  1/18 5/6 7/3 31/3 33/12
 34/9
takes [2]  18/12 28/23
taking [3]  4/17 26/24 27/3
TAPIA [18]  1/11 11/21 12/7 19/23
 20/14 20/18 21/3 21/4 21/6 21/16
 24/9 24/13 24/19 26/1 28/3 28/5
 28/5 29/24
Tapia's [1]  20/3
taser [2]  6/10 6/24
taught [1]  5/18
Team [9]  8/23 9/1 9/3 9/4 9/5 9/7
 9/10 9/14 10/3
technique [1]  5/21
techniques [2]  5/19 8/4
tell [4]  13/10 15/4 25/16 30/10
tells [1]  10/21
ten [1]  5/15
term [1]  11/3
testified [5]  4/2 19/24 22/10 23/19
 23/22
testimony [3]  29/10 33/4 33/8
tests [1]  29/2
than [4]  18/6 28/1 29/11 29/12
that [70]
that's [6]  6/14 7/12 17/23 19/2 20/6
 27/11
their [3]  17/9 18/14 32/7
them [6]  7/3 9/3 17/1 22/8 30/8
 30/9
then [14]  6/9 10/13 10/19 13/15
 16/6 17/8 17/8 17/15 21/16 27/23
 28/3 29/13 29/19 29/20
there [24]  6/9 9/20 10/5 10/18 14/21
 15/11 16/9 16/10 16/17 16/22 17/24
 19/2 19/8 19/22 21/11 22/15 23/4
 24/23 25/24 27/10 27/13 28/6 29/23
 31/6
there's [9]  4/16 6/4 6/6 13/18 13/18
 15/14 22/1 22/2 23/4
these [2]  6/19 26/2
they [26]  7/20 16/17 16/19 16/21
 16/23 16/24 17/2 17/9 17/11 17/13
 17/13 25/11 25/12 25/14 30/10

they've **[1]** 7/3
thing **[1]** 22/6
things **[2]** 4/12 6/9
think **[8]** 8/19 10/9 15/5 16/10 18/8 19/11 22/10 27/10
third **[1]** 4/24
this **[25]** 5/6 7/1 9/6 9/13 10/11 10/23 11/6 12/11 13/11 14/1 14/3 14/12 14/22 15/17 23/11 26/6 26/9 27/14 28/18 29/3 29/17 30/4 30/22 31/11 31/23
those **[2]** 6/14 22/22
three **[6]** 15/17 16/15 22/13 22/13 24/11 24/15
three-lane **[1]** 15/17
through **[4]** 16/6 17/7 17/16 33/5
throw **[1]** 23/15
thumb **[1]** 14/4
tickets **[2]** 29/1 29/4
time **[18]** 4/11 10/5 12/2 12/11 16/9 17/24 18/2 23/12 26/6 27/4 27/5 27/5 27/14 29/12 29/13 29/14 31/17 33/4
times **[2]** 10/19 24/11
tires **[1]** 17/7
today **[3]** 4/11 29/5 29/11
together **[1]** 12/7
told **[4]** 26/21 30/8 31/7 31/8
too **[1]** 19/12
took **[6]** 17/14 26/23 27/18 29/2 29/3 31/20
tools **[2]** 6/9 7/8
top **[3]** 18/24 19/3 21/14
towards **[1]** 14/13
towed **[1]** 31/24
traffic **[10]** 9/21 16/8 16/14 17/14 17/17 22/8 22/13 23/9 23/11 28/6
trained **[2]** 6/19 7/14
training **[4]** 7/17 7/24 8/3 8/3
transcript **[2]** 33/4 34/8
transcripts **[1]** 34/15
translate **[1]** 4/20
tried **[1]** 22/19
trip **[1]** 30/22
true **[2]** 33/8 34/8
trying **[12]** 8/5 10/11 17/22 18/24 19/1 21/1 21/4 21/17 22/24 24/3 24/9 25/23
turn **[10]** 13/16 15/17 15/18 16/17 17/18 17/19 18/3 18/13 22/9 23/7
turned **[3]** 16/7 17/7 17/15
two **[5]** 4/12 4/13 15/18 22/8 22/9
two-lane **[1]** 15/18
type **[2]** 23/13 25/9

## U

Uh **[1]** 4/15
Uh-huh **[1]** 4/15
under **[4]** 24/4 24/9 24/20 34/16
underneath **[4]** 14/19 20/23 20/24 21/5
understand **[1]** 4/11
unit **[3]** 9/11 10/4 12/8
UNITED **[1]** 1/1
unmarked **[3]** 14/16 14/16 18/1
up **[15]** 9/24 10/1 13/19 13/23 15/8 17/23 18/4 18/12 18/21 19/2 20/11 20/20 20/23 25/21 27/8
upon **[2]** 20/16 22/5

ups **[1]** 19/1
usage **[1]** 7/14
use **[8]** 5/21 6/1 6/16 6/22 7/24 8/3 8/9 8/10
used **[1]** 20/21
uses **[1]** 6/20
utilized **[1]** 6/15

## V

Various **[1]** 8/5
vehicle **[10]** 12/12 15/23 17/9 18/5 19/10 19/13 20/10 20/16 20/18 32/2
vehicles **[1]** 18/14
verbal **[3]** 4/18 4/21 6/4
very **[1]** 19/13
vest **[1]** 14/20
video **[1]** 32/4
violated **[1]** 17/14
violation **[3]** 22/7 22/8 22/9
violations **[1]** 22/13
visual **[1]** 18/22
voice **[1]** 4/19

## W

wait **[3]** 8/18 17/17 31/5
waited **[1]** 27/2
waiting **[1]** 16/17
waived **[1]** 34/7
wall **[1]** 19/14
wand **[1]** 6/12
want **[2]** 22/21 25/16
wanted **[1]** 31/2
wants **[1]** 25/12
warrants **[1]** 25/12
was **[93]**
wasn't **[3]** 14/24 15/1 15/2
waved **[1]** 13/22
way **[1]** 13/15
we **[26]** 4/14 4/21 5/1 8/2 8/18 8/19 9/15 9/16 10/9 10/17 10/22 12/2 12/5 12/9 13/13 19/21 24/14 24/21 24/23 24/23 25/21 25/22 27/17 28/3 29/20 32/8
we'd **[1]** 10/19
we'll **[2]** 5/2 32/13
we're **[3]** 5/3 12/1 22/3
we've **[1]** 7/3
weapon **[3]** 21/2 21/2 23/13
weapons **[2]** 25/1 25/2
wearing **[2]** 14/17 14/18
weather **[1]** 14/22
weekends **[1]** 10/17
Well **[13]** 6/1 10/17 15/2 15/18 17/6 22/21 23/2 23/19 25/5 25/16 25/23 27/17 28/12
went **[5]** 12/9 17/7 17/9 29/20 31/20
were **[47]**
west **[3]** 7/21 10/22 11/17
WESTERN **[1]** 1/3
what **[44]**
what's **[1]** 9/17
whatever **[2]** 4/17 4/20
when **[21]** 5/16 8/17 8/17 8/17 12/6 13/13 17/20 17/23 18/21 19/2 19/2 19/16 19/22 22/8 22/9 26/6 26/21 29/12 29/14 31/1 31/5
where **[10]** 8/22 11/7 11/9 12/4 12/19 15/12 16/19 18/2 18/3 18/5
whether **[7]** 7/4 7/5 22/22 25/5 29/2 29/2 32/6
which **[10]** 6/6 6/14 12/15 12/21

who **[15]** 9/17 17/7 7/20 9/17 10/24 11/3 11/19 21/6 25/24 27/19 28/10 29/23 31/19 32/1 32/2
who's **[2]** 21/16 25/22
whole **[1]** 18/8
why **[2]** 13/20 26/16
will **[1]** 10/4
window **[2]** 15/10 16/4
Winnebago **[2]** 34/5 34/23
witness **[1]** 1/17
work **[1]** 8/18
working **[3]** 8/12 8/15 8/19
would **[12]** 6/4 6/6 6/14 8/2 10/17 11/14 12/22/5 24/4 26/9 28/13 30/20
wrist **[1]** 20/22
writing **[2]** 28/24 29/4

## Y

Yeah **[3]** 22/18 28/12 30/11
year **[1]** 8/1
years **[1]** 5/15
yelling **[2]** 22/3 24/8
yes **[45]**
yield **[2]** 22/20 23/7
you **[196]**
you're **[6]** 6/11 8/24 11/2 15/19 22/24 28/11
you've **[2]** 13/11 20/12
your **[28]** 4/6 4/6 4/19 4/20 5/2 5/11 5/18 7/12 7/17 9/19 12/6 12/7 12/7 15/11 15/12 15/23 18/1 20/10 22/5 23/2 23/6 26/14 28/20 29/10 29/11 29/15 29/19 32/4
yourself **[1]** 26/2