# United States District Court
## Northern District of Illinois
### Western Division

Eric J Scott                                              **JUDGMENT IN A CIVIL CASE**

            v.                                                          Case Number: 08 C 50091

Officer Joshua Grover                                   Judge: Philip G. Reinhard

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that no stipulation to dismiss has been timely filed nor has the court extended the period of time for filing the stipulation to dismiss. This case is dismissed with prejudice.

                                                       Thomas G. Bruton, Clerk of Court

Date: 6/25/2013

                                                       /s/ Jennifer Titak, Deputy Clerk